UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Santiago Abreu,<br><br>    Plaintiff,<br><br>vs.<br><br>Outback Steakhouse of Florida, LLC;<br><br>    Defendant. | Case No. 16-cv-00248<br><br>Hon. Jon E DeGuilio |

### NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)

Plaintiff Santiago Abreu, by and through his counsel of record, hereby dismisses his claim against Defendant Outback Steakhouse of Florida, LLC with prejudice.

Dated: March 2, 2017

/s/ George T. Blackmore
George T. Blackmore (P76942)
21411 Civic Center Drive, Suite 200
Southfield, MI 48076
Email: george@cnalawgroup.com
Telephone: (248) 845-8594
Fax: (480) 999-0665
*Attorney for Plaintiff*